FILED

11/13/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0490

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0490

SHELBY RAGNER,

Petitioner and Appellee,

v.

STATE OF MONTANA,

Respondent and Appellant.

**ORDER**

Upon consideration of Appellant's motion to supplement the record, and good cause appearing,

IT IS HEREBY ORDERED that the Motion is GRANTED, and the Clerk of the Supreme Court is ordered to transfer the transcripts in DA 21-0137, State v. Ragner, to the instant case.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 13 2024